JEANNE M. ZOLEZZI – SBN 121282
HERUM CRABTREE BROWN
A California Professional Corporation
2291 WEST MARCH LANE, SUITE B100
STOCKTON, CALIFORNIA 95207
Telephone:  (209) 472-7700
Facsimile:  (209) 472-7986
jzolezzi@herumcrabtree.com

Attorneys for Plaintiff
STOCKTON EAST WATER DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, CENTRAL SAN JOAQUIN WATER CONSERVATION DISTRICT, COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, CALIFORNIA WATER SERVICE COMPANY,<br><br>       Plaintiffs,<br>  vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION; UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR, FISH AND WILDLIFE SERVICE; BRUCE BABBITT, SECRETARY OF THE INTERIOR,<br><br>       Defendants.<br>_____<br>CENTRAL DELTA WATER AGENCY, RECLAMATION DISTRICT NO. 2072, and R.C. FARMS, INC.,<br><br>       Plaintiffs,<br>  vs.<br><br>UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, BUREAU OF RECLAMATION, ET AL.,<br><br>       Defendants.<br>_____ | Case No.:  CV-F-93-5896 OWW<br><br>Case No.:  CV-F-96-5738 OWW    DLB<br>      (Consolidated)<br><br><br>ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE |

-1-

PDF created with pdfFactory trial version www.pdffactory.com

This Court having read the Stipulation regarding Stay of Referral and Joint Status Conference Statement attached hereto at Exhibit "A," and good cause appearing therefore,

IT IS HEREBY ORDERED:

1.  Except as provided herein, the above-captioned matter shall be stayed until September 11, 2006.

2.  If any party is dissatisfied with the progress being made in the SWRCB Coordinated Case, the party may request that the parties recommence consultation concerning the issues for reference and related procedural matters, and within 90 days of such notice by any party, the parties will complete a list of issues for reference.  If an agreement cannot be reached, any party may notice a hearing before the Court to resolve the dispute.

3.  The parties in *Stockton East Water District, et al. v. United States, et al.*, No. CV-F-93-5896 OWW may proceed with the prosecution and defense, including the resumption of discovery by plaintiffs and initiation of discovery by defendants, of claims one through six contained in the most recent complaint on file.

4.  The parties in *Central Delta Water Agency, et al., v. United States, et al.,* No. CV-F-96-5738 OWW have proceeded and may continue to proceed with discovery in, and the prosecution and defense of, the due process claim against the members of the State Water Resources Control Board.

5.  The scheduling conference scheduled for March 6, 2006 is continued to September 11, 2006 at 8:45 a.m. at which time the court and parties will discuss further proceedings in these cases.

DATED: March 3, 2006                         /s/ OLIVER W. WANGER
                                             JUDGE OLIVER W. WANGER

PROPOSED ORDER RE: STAY OF REFERRAL; CONTINUED STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com